# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Asheville Division

FILED
ASHEVILLE, NC

NOV 17 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

|  |  |
|---|---|
| the Rev. Alan D. Carvalho | Case No. 1:25-cv-00408-MR-WCM |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☒ No |
| -v- | |
| (see "Certificate of Service") | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | the Rev. Alan D. Carvalho |
| Street Address | 1520 Highway 28 South |
| City and County | Bryson City      Swain County |
| State and Zip Code | NC 28713-6089 |
| Telephone Number | 828-488-6697 |
| E-mail Address | ---- |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Department of the Treasury |
| Job or Title *(if known)* | Internal Revenue Service |
| Street Address | |
| City and County | Philadelphia |
| State and Zip Code | PA 19255-0525 |
| Telephone Number | ?   833-678-7020 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Department of the Treasury |
| Job or Title *(if known)* | Internal Revenue Service |
| Street Address | ?   IRS, STOP 6525 |
| City and County | Kansas City |
| State and Zip Code | MO 64999-002 |
| Telephone Number | ?   800-829-0922 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Department of the Treasury |
| Job or Title *(if known)* | Internal Revenue Service |
| Street Address | ?   IRS |
| City and County | Austin |
| State and Zip Code | ?   TX 73301-0025 |
| Telephone Number | ?   800-829-0922 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[x] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
Treating Citizens fairly in the reporting of Federal taxes
```

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

```
1.  a.  Claiming that I sent in my 2023 tax report late(2024-2025).
    b.  October 20, 2025: Overdue tax for 2023 1040SR: $148.31.
2.  a.  Tax Period owed: $1,722.37.
3.  a.  Claiming that I sent in my 2023 tax report late(2025).
    b.  Took $3,000.00 out of my 2024 estimated tax payments.
    c.  Refuse to send a copy of the revised 2023 1040SR tax report.
  1-Philadelphia PA; 2. Kansas City MO; 3. Austin TX
```

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

```
1.  Pay all court costs
2.  Be fined a substantual amount, tax free, to stop the scamming.
3.  Being 89 years old, no more paying of Federal taxes, and no more Federal
        written reports for the rest of my life, so that I can get some
        work done.
```

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     11/12/2025

Signature of Plaintiff     _Rev. Alan D. Carvalho_

Printed Name of Plaintiff     Rev. Alan D. Carvalho

### B.  For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____